**Electronically Filed
Supreme Court
SCPW-21-0000071
15-MAR-2021
01:20 PM
Dkt. 13 ODDP**

SCPW-21-0000071

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

THEODORE K. KAOHU, JR., Petitioner,

vs.

THE HONORABLE MICHAEL D. WILSON,
Associate Justice of the Supreme Court,
State of Hawai‘i, Respondent Justice.

---

ORIGINAL PROCEEDING
(CASE NO. 1CPN-20-0000011; CR. NO. 1PC111001756)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama and McKenna, JJ.,
Circuit Judge Morikawa, in place of Wilson, J., recused, and
Circuit Judge Remigio, in place of Eddins, J., recused)

Upon consideration of petitioner Theodore K. Kaohu, Jr.'s petition for writ of mandamus, filed on February 16, 2021, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner, who is currently seeking relief in the circuit court in Case No. 1CPN-20-0000011, fails to demonstrate that he has a clear and indisputable right to the requested relief from this court and has alternative means to seek relief. Petitioner, therefore, is not entitled to the requested extraordinary writ. See Kema v. Gaddis, 91 Hawai‘i 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack

of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED:  Honolulu, Hawaiʻi, March 15, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Trish K. Morikawa

/s/ Catherine H. Remigio

